ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NOS. 1:03CR486 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TAMIR ABDULLAH, | ) | Judge John R. Adams |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

Pending before the Court is Defendant's motion for compassionate release (Doc. 784). Upon review, the motion is DENIED.

Within the COVID-19 backdrop, the Sixth Circuit explained this Court's duties and obligations when considering a motion for compassionate release as follows:

> "In resolving those motions, district courts now face two questions: (1) whether extraordinary and compelling circumstances merit a sentence reduction; and (2) whether the applicable § 3553(a) factors warrant such a reduction. A third consideration, the § 1B1.13 policy statement, is no longer a requirement courts must address in ruling on defendant-filed motions." *Hampton*, 985 F.3d at 531. To that end, district courts need not confine themselves to evaluating "extraordinary and compelling reasons" as defined by the Sentencing Commission in the § 1B1.13 policy statement. *Elias*, 984 F.3d at 519.

*United States v. Montero*, 842 F. App'x 1007, 1008 (6th Cir. 2021). "A district court has 'full discretion' in determining whether an extraordinary and compelling reason justifies compassionate release." *Id*. at 1009.

The Sixth Circuit has noted that a district court does not abuse its discretion when denying a motion when the prison facility at issue has no positive cases or otherwise has COVID under

control. *See United States v. Elias*, 984 F.3d 516, 521 (6th Cir. 2021) (finding that it was not an abuse of discretion to deny compassionate release when Alderson had no reported cases and therefore only presented a speculative risk to the movant).

The Court notes that Defendant is currently housed at FCI Coleman II, a facility that currently has only 2 positive cases within its entire inmate population. Accordingly, Defendant's motion for compassionate release presents only a speculative risk. The motion for compassionate release is DENIED.

IT IS SO ORDERED.

January 24, 2024 /s/*John R. Adams*
Date JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE